JAMES ZAJAC et al., Appellants, v E. ROBERT WILSON et al., Respondents. [768 NYS2d 889]—

Appeal from those parts of an order of Supreme Court, Monroe County (Frazee, J.), entered November 7, 2002, that, upon reargument, granted those parts of defendants' motion seeking summary judgment dismissing the negligence cause of action and part of the medical malpractice cause of action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Plaintiffs commenced this action to recover damages for injuries allegedly sustained by James Zajac (plaintiff) as a result of the alleged medical malpractice and negligence of Dr. E. Robert Wilson (defendant) in conducting independent medical examinations (IMEs). Those IMEs were conducted on behalf of the workers' compensation insurance carriers that provided coverage to plaintiff's employer for plaintiff's job-related back injuries. Supreme Court properly granted those parts of defendants' motion seeking summary judgment dismissing the negligence cause of action and that part of the medical malpractice cause of action arising from defendant's alleged misdiagnosis of plaintiff's back injury and failure to authorize necessary surgery for that injury. In these circumstances, defendants are not liable to plaintiffs in negligence or malpractice for the alleged misdiagnosis of plaintiff's injury or the failure to report a proper diagnosis to the insurance carriers (*see Violandi v City of New York*, 184 AD2d 364, 365 [1992]; *LoDico v Caputi*, 129 AD2d 361, 364 [1987], *lv denied* 71 NY2d 804 [1988]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

In the Matter of Russell A. Novak et al., Individually and as Parents and Natural Guardians of Christopher Novak, an Infant, Respondents, v Board of Education of Newark Central School District, Appellant. [768 NYS2d 912]—Appeal from an order of Supreme Court, Wayne County (Nesbitt, J.), entered February 27, 2003, which granted claimants' application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wayne County, Nesbitt, J. Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.